*E-Filed 8/19/11*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| KAOMANG P. SAELIAW, | No. C 11-2716 RS (PR) |
| Petitioner, | **ORDER VACATING PRIOR ORDERS** |
| v. | |
| KATHLEEN ALLISON, Warden, | |
| Respondent. | |

This is a federal habeas corpus action filed pursuant to 28 U.S.C. § 2254 by a *pro se* state prisoner. Petitioner's *in forma pauperis* status is hereby REVOKED, the filing fee having been paid (Docket No. 11). The order of dismissal (Docket No. 4), and the judgment (Docket No. 5), are hereby VACATED, the action having been reopened. Petitioner is reminded that he must file his amended petition on or before August 29, 2011, or the action will be dismissed without further notice for failure to prosecute under Federal Rule of Civil Procedure 41(b). Upon a showing of good cause, a request for a reasonable extension of time will be granted provided it is filed on or before the deadline it seeks to extend.

**IT IS SO ORDERED**.

DATED: August 19, 2011

RICHARD SEEBORG
United States District Judge

No. C 11-2716 RS (PR)
ORDER