*E-Filed 9/15/11*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| KAOMANG P. SAELIAW, | No. C 11-2716 RS (PR) |
| Petitioner, | **ORDER OF DISMISSAL** |
| v. | |
| KATHLEEN ALLISON, Warden, | |
| Respondent. | |

This is a federal habeas corpus action filed pursuant to 28 U.S.C. § 2254 by a *pro se* state prisoner. The petition was dismissed because petitioner failed to file an application to proceed *in forma pauperis* ("IFP"), or pay the filing fee of $5.00, within 30 days. The filing fee was thereafter paid, and the action reopened. The petition was then dismissed with leave to amend within 30 days. More than 30 days have passed, and petitioner has not filed an amended petition. Accordingly, the action is DISMISSED pursuant to Federal Rule of Civil Procedure 41(b) for failure to prosecute. The Clerk shall enter judgment in favor of respondent, and close the file.

**IT IS SO ORDERED**.

DATED: September 15, 2011

RICHARD SEEBORG
United States District Judge